

#3

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Nasim AHMED

**DEFENDANTS**
Michael Chertoff, Secy. Dept of Homeland Security, Robert Mueller, Dir, Federal Bureau of Investigation, Robert Aguilar, Commr, Citizenship & Immigrations Services; Ruth Dorochoff, District Dir.

**(b)** County of Residence of First Listed Plaintiff: Cook, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David Lehman, 55 W. Van Buren Suite 520, Chicago IL 60605-1110
312 360 0050

Attorneys (If Known)
Sheila McNulty, Assistant U.S. Attorney, Patrick Fitzgerald, U.S. Attorney, 219 S. Dearborn St., Chicago IL 60604

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [■] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

08CV1
JUDGE KENDALL
MAG. JUDGE DENLOW

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[■] 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[■] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
28 USC 1331 and 1361; 5 USC 701 et seq., 28 USC 2201 et seq.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [■] No

**IX. This case** [■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 1-2-08
SIGNATURE OF ATTORNEY OF RECORD: Wayne Lehman

FILED
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 02 2008