## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Nasim Ahmed, Plaintiff, v.
Michael Chertoff et al., Defendants

**08CV1**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nasim AHMED

| | |
|---|---|
| NAME (Type or print) David Lehman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *W. David Lehman* | |
| FIRM Lehman Law Offices | Jan 2, 2008 |
| STREET ADDRESS 55 W. Van Buren Suite 520 | FILED |
| CITY/STATE/ZIP Chicago IL 60605 | JAN - 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 01610538 Illinois | TELEPHONE NUMBER 312 360 0050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |