UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nasim Ahmed, | ) | |
| (A95 515 159), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1 |
| | ) | |
| Michael Chertoff, Secretary, Department of | ) | Judge Denlow |
| Homeland Security, Robert Mueller, Director, | ) | |
| Federal Bureau of Investigation, Robert | ) | |
| Aguilar, Commissioner, Citizenship & | ) | |
| Immigration Services, Ruth Dorochoff, | ) | |
| District Director, Citizenship & Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1994
    Kathryn.Kelly@usdoj.gov