UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| Nasim Ahmed, ) | | |
|    Plaintiff, ) | | |
| ) | | |
|  v. ) | Case No.  08 C 1 | |
| ) | | |
| Michael Chertoff,  Secretary, ) | Judge Kendall | |
| Department of Homeland Security, ) | | |
| Robert Mueller, Director, Federal Bureau ) | | |
| of Investigation, Robert Aguilar, ) | | |
| Commissioner, Citizenship & Immigration ) | | |
| Services, Ruth Dorochoff, ) | | |
| District Director, ) | | |
| Citizenship & Immigration Services, ) | | |
|    Defendants. ) | | |

**INITIAL JOINT STATUS REPORT**

The parties by their respective attorneys submit the following Joint Status Report as requested by the Court.

   A. Nature of the case.

1. Lead attorney for Plaintiff: David Lehman, 55 W. Van Buren St. Chicago IL 60605. Lead attorney for Defendants: Patrick Fitzgerald, Kathryn A. Kelly, United States Attorney's Office, 219 S. Dearborn Suite 500, Chicago IL 60604

2. The action is brought under the federal question jurisdiction for mandamus against federal officials alleged to have wrongfully withheld or neglected action which is clearly required by the Immigration & Nationality Act, to the detriment and prejudice of the Plaintiff and his family members.

3. Plaintiff asserts defendants have failed to discharge clear duties owed him in that they wrongfully neglect and refuse to perform clerical functions such as fingerprint checks, denying him adjustment of status to permanent resident to which he is

   entitled by virtue of his marriage to the U.S. citizen and his having U.S. citizen children.  There are no counterclaims.

4. No party has not been served.

5. There are no contested legal issues at this time.

6. There appear to be no contested factual issues inasmuch as after the filing of the Complaint herein, defendant Dorochoff created a letter to the effect that Plaintiff's long pending application has been approved.  However, although Plaintiff has received such letter, has Plaintiff received the I 551, the only lawful evidence of status.  Plaintiff's case has been delayed 6 years by the defendants, and the manufacture of the I 551 has, in Plaintiff's counsel's opinion and experience, been delayed in years past for lengthy periods, often as long as 1 year.

B. Discovery

1. No discovery has been propounded.

2. There are no pending motions.  Plaintiff reserves the right to present a motion or petition for fees and costs under the Equal Access to Justice Act at an appropriate time.

3. There have been no prior rulings.

4. There have been no prior status reports.

C. Trial.

1. The parties do not consent to trial before a Magistrate.

2. A trial would take one day.  No jury demand has been made.

D. Settlement.

1. It appears this matter may be settled by performance of certain actions by defendants subsequent to the filing of the Complaint herein and counsel are attempting to secure the performance of such actions.

Respectfully submitted,

s/ David Lehman
David Lehman Law Offices
55 West VanBuren, Suite 520
Chicago, IL  60605-1110
312/360-0050
Attorney for Plaintiff


PATRICK J. FITZGERALD
United States Attorney

s/ Kathryn A. Kelly
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
312/353-1936
Kathryn.kelly@usdoj.gov